**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**TEMEKA BANKS**                        :      **DOCKET NO. 3:21-CV-03795**


**VERSUS**                              :      **JUDGE TERRY A. DOUGHTY**


**LIBERTY INSURANCE CORP., ET AL**      :      **MAG. JUDGE KAYLA D. MCCLUSKY**


## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No.8] of the Magistrate

Judge previously filed herein, determining that the findings are correct under the applicable law,

and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Remand

[Doc. No. 5] is **DENIED.**

**MONROE, LOUISIANA** this 10th day of March 2022.


_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**